```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08989
   LUTHER S HICKS
   BRENDA HICKS                                CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-2732     SSN XXX-XX-8655


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 04/12/2008 and was not confirmed.

      The case was transfer to marilyn marshall 06/09/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
TRANSOUTH                  SECURED VEHIC    3000.00          .00           .00
TRIAD FINANCIAL CORP       SECURED VEHIC    7350.00          .00           .00
ALVERNO ADVANCED LIFE      UNSECURED       NOT FILED         .00           .00
ASSOC ST JAMES RADIOLOGI   UNSECURED       NOT FILED         .00           .00
AT & T                     UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED         307.50          .00           .00
COMCAST                    UNSECURED       NOT FILED         .00           .00
CONSULTANT IN PATHOLOGY    UNSECURED       NOT FILED         .00           .00
CROSS COUNTRY BANK         UNSECURED       NOT FILED         .00           .00
EMERGENCY CARE HEALTH OR   UNSECURED       NOT FILED         .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED         .00           .00
ISSAN HEALTH CARE          UNSECURED       NOT FILED         .00           .00
JC PENNEY                  UNSECURED       NOT FILED         .00           .00
MIDWEST EMERGENCY ASSOCI   UNSECURED       NOT FILED         .00           .00
NICOR GAS                  UNSECURED       NOT FILED         .00           .00
SOUTHWEST LABS PHYSICIAN   UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL AND HE   UNSECURED       NOT FILED         .00           .00
T MOBILE                   UNSECURED       NOT FILED         .00           .00
WELLGROUP HEATLTHPARTNER   UNSECURED       NOT FILED         .00           .00
WELLGROUP HEATLTHPARTNER   UNSECURED       NOT FILED         .00           .00
LEROI HICKS                NOTICE ONLY     NOT FILED         .00           .00
NATIONAL CAPITAL MANAGEM   SECURED NOT I    2017.76          .00           .00
ROUNDUP FUNDING LLC        UNSECURED        1517.44          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         209.57          .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY          .00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                               .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08989 LUTHER S HICKS & BRENDA HICKS
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                  ---------------      ---------------
TOTALS                                        .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 09/24/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```