IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hicks, Luther S | Case Number: 08 B 08989 |
|---|---|---|
| | Hicks, Brenda | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 6/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,145.58 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,069.97 |
| Trustee Fee: | | 75.61 |
| Other Funds: | | 0.00 |
| Totals: | 1,145.58 | 1,145.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,873.00 | 1,069.97 |
| 2. | National Capital Management | Secured | 2,017.76 | 0.00 |
| 3. | Triad Financial Services | Secured | 1,131.94 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 1,517.44 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 307.50 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 436.87 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 209.57 | 0.00 |
| 8. | Alverno Advanced Life | Unsecured | | No Claim Filed |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Consultants In Pathology | Unsecured | | No Claim Filed |
| 12. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 13. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Midwest Emergency | Unsecured | | No Claim Filed |
| 16. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 17. | Issan Health Care | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 20. | T Mobile USA | Unsecured | | No Claim Filed |
| 21. | St James Hospital | Unsecured | | No Claim Filed |
| 22. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 23. | Well Group Health Partners | Unsecured | | No Claim Filed |
| | | | $ 9,494.08 | $ 1,069.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hicks, Luther S  
       Hicks, Brenda  
       Printed: 11/04/08

Case Number: 08 B 08989  
Judge: Squires, John H  
Filed: 6/5/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 75.61 |
| | $ 75.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

